IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-523-RJC-DCK

| | |
|---|---|
| CONSTRUCTION RESOURCE GROUP, INC., ) ) Plaintiff, ) ) v. ) ) FIDELITY AND DEPOSIT COMPANY OF ) MARYLAND, et al., ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Unopposed Motion To Stay Pending Completion Of Arbitration" (Document No. 12) filed February 10, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion without prejudice.

The Complaint initiating this lawsuit was filed on September 30, 2021. Since then, there has been almost no activity in this case.

The undersigned observes that counsel for Defendants has not yet appeared in this action and that an Answer(s) is due on or about March 14, 2022. Moreover, it seems that Defendants in this case are not parties to the pending arbitration referred to by Plaintiff.

Based on the foregoing, the undersigned will deny the motion at this time. Plaintiff may file a renewed motion at a later date after Defendants' counsel has appeared in this action.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Unopposed Motion To Stay Pending Completion Of Arbitration" (Document No. 12) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: February 10, 2022

David C. Keesler
United States Magistrate Judge