**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-523-RJC-DCK**

| | | |
|---|---|---|
| **CONSTRUCTION RESOURCE GROUP, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **FIDELITY AND DEPOSIT COMPANY OF MARYLAND, et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Pending Completion Of Arbitration" (Document No. 24) filed March 4, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Pending Completion Of Arbitration" (Document No. 24) is **GRANTED**. This action is **STAYED** until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that the parties shall jointly file a status report on or before **June 7, 2022** and every ninety (90) days thereafter that details the status of the pending arbitration between Construction Resource Group, Inc. and Sugar Creek Construction, LLC, AAA Case No. 01-21-0003-8472.

**SO ORDERED**.

Signed: March 7, 2022

David C. Keesler
United States Magistrate Judge